▪ SANDRA A. CLEARY, Appellant, v EAST SYRACUSE-MINOA CENTRAL SCHOOL DISTRICT, Defendant, and JEFFERSON-LEWIS-HERKIMER-HAMILTON-ONEIDA BOCES, Respondent. [670 NYS2d 145] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying the motion of plaintiff for a default judgment and granting the cross motion of defendant Jefferson-Lewis-Herkimer-Hamilton-Oneida BOCES (BOCES) to compel plaintiff to accept its late answer (*see,* CPLR 3012 [d]; *Goracy v Burns, Brooks & McNeil,* 155 AD2d 256; *see also, Better v Town of Schodack,* 169 AD2d 965). Public policy favors the resolution of a case on the merits, and a court has broad discretion to grant relief from a pleading default if there is a showing of merit to the defense, a reasonable excuse for the delay and it appears that the delay did not prejudice the other party (*see, Lichtman v Sears, Roebuck & Co.,* 236 AD2d 373; *Davies v Contel of N. Y.,* 155 AD2d 809, 810). The affidavit submitted by BOCES establishes a meritorious defense and that the default was caused by a "bureaucratic error [that] was not willful" (*Curtis v Town of Clinton,* 138 AD2d 445). Further, plaintiff has suffered no demonstrable prejudice from the four-month delay.

Finally, the contention of BOCES that it was not properly served is without merit (*see, Best v City of New York,* 101 AD2d 847; *Mariano v Steinberg,* 87 AD2d 606). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Default Judgment.) Present—Pine, J. P., Wisner, Callahan, Boehm and Fallon, JJ.